# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0934

VERSUS

KEVIN TASKER                                          **DECEMBER 4, 2024**

---

In Re:     Kevin Tasker, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-21-01742.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

     **WRIT GRANTED.** The trial court is ordered to act on relator's
application for "Post Conviction Relief Seeking Out-Of-Time
Appeal," filed May 31, 2024, on or before February 28, 2025.

                              **EW**
                              **SMM**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT